[No. 13264–4–I.   Division One.   December 10, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LEE GILBERT, ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–1–00324–0, Byron L. Swedberg, J., entered May 24, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Coleman, JJ.

[No. 13554–6–I.   Division One.   December 10, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
MICHAEL ASHLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01329–0, William C. Goodloe, J., entered August 1, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Williams and Scholfield, JJ.

[No. 13469–8–I.   Division One.   December 10, 1984.]

THE CITY OF SEATTLE, *Petitioner*, v. MICHAEL
LIEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–01376–0, Richard M. Ishikawa, J., entered July 6, 1983. *Reversed* by unpublished opinion per Callow, J., concurred in by Ringold and Coleman, JJ.

[No. 5704–6–III.   Division Three.   December 11, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. ORVAL
D. WOODS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–1–00176–4, James B. Mitchell, J., entered March 2, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Cone, J. Pro Tem.